# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN  DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ROBERT DONTAY HALL, | ) |
| | ) CIVIL ACTION NO.: |
| Plaintiff, | ) 1:20-cv-02176-SCJ-JKL |
| | ) |
| v. | ) |
| | ) |
| MIDWEST RECOVERY | ) |
| SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MIDWEST RECOVERY SYSTEMS, LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Midwest Recovery Systems, LLC, by and through the undersigned counsel and hereby submits its disclosures pursuant to Fed. R. Civ. P. 7.1 as follows:

(**1**) The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.    Plaintiff:    Robert Dontay Hall; and

      B.    Defendant:  Midwest Recovery Systems, LLC

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> A.    None known at this time.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

> A.    *For Plaintiff, Robert Dontay Hall:*
>
>> a.  Matthew T. Berry of Berry & Associates, P.C., 2751 Buford Highway, Suite 600, Atlanta, Georgia 30324;
>
> B.    *For Defendant, Midwest Recovery Systems, LLC:*
>
>> a.  John H. Bedard, Jr. and Michael K. Chapman of Bedard Law Group, P.C., 4855 River Green Parkway, Suite 310, Duluth, Georgia 30096.

**(4)** Jurisdictional Statement.

This matter has not been brought based upon an assertion of diversity jurisdiction.

This 3rd day of September, 2020.      Respectfully submitted,

**BEDARD LAW GROUP, P.C.**

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 043473

*Counsel for Defendant,*
*Midwest Recovery Systems, LLC*

Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone:  (678) 253-1871
E-mail: jbedard@bedardlawgroup.com
E-mail: mchapman@bedardlawgroup.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 3rd day of September, 2020.      Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN  DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBERT DONTAY HALL, | ) |
| | ) CIVIL ACTION NO.: |
| Plaintiff, | ) 1:20-cv-02176-SCJ-JKL |
| | ) |
| v. | ) |
| | ) |
| MIDWEST RECOVERY | ) |
| SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed Defendant's Certificate

of Interested Persons and Corporate Disclosure Statement with the Clerk of Court

using the CM/ECF system which will automatically send email notification of such

filing to the following attorney(s) of record:

Matthew T. Berry
matt@mattberry.com

This 3rd day of September, 2020.       Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145